**VELVA L. PRICE**
Travis County District Clerk
Travis County Courthouse Complex
P.O. Box 679003
Austin, Texas 78767-9003



August 21, 2015


Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. BOX 12547
Austin, Texas 78711-2547

Dear Mr. Kyle:

A clerk's record in cause number, D-1-GN-13-004352; 03-15-00430-CV, styled, *Sanadco Inc. et al vs. Glenn Hegar, et al.* is due in your office on Monday, August 24, 2015. This office is notifying you that it has not received payment for the record as of August 21, 2015.

If you have any questions please contact me at (512) 854-3229.

Sincerely,


Kirby Hernandez
Deputy Court Clerk

cc:      Jack Hohengarten
          Samuel T. Jackson
          Connie Jefferson
          Elizabeth Medina
          Patricia Winkler
          Court File